UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62535-CIV-SMITH

**LIOR ELKAYAM**,

      Plaintiff,

v.

**FIRST NATIONAL BANK OF OMAHA**,

      Defendant.
_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Mediation Report [DE 25] filed on September 13, 2019, which indicates that the parties have reached a settlement in this matter. Upon consideration, it is

**ORDERED** that

1) the Parties shall file the appropriate dismissal documents for the Court's consideration no later than **October 16, 2019**.

2) All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 16th day of September, 2019.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE