UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CV-62535-SMITH/VALLE

LIOR ELKAYAM,

    Plaintiff,

v.

FIRST NATIONAL BANK OF OMAHA,

    Defendant.
_____/

**JOINT MOTION FOR A JUDGMENT RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND DISMISSING ACTION WITH PREJUDICE**

Plaintiff, Lior Elkayam, and Defendant, First National Bank of Omaha, through undersigned counsel, (collectively "the Parties") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), move this Court for a Judgment Retaining Jurisdiction to Enforce Settlement Agreement and Dismissing Action With Prejudice and state as follows:

1. On September 12, 2019, the Parties mediated this matter and entered into a confidential Settlement Agreement, evidenced by the Mediation Report (Doc. 25).

2. The Settlement Agreement requires, in part, the payment of a specified sum in specified payments by Defendant to Plaintiff over a period of thirty (30) months beginning October 15, 2019.

3. The Settlement Agreement entitles the Plaintiff, in the event of default, to an immediate judgment for the unpaid balance upon the filing of an affidavit of default with the Court.

4. The Parties have now stipulated in the filing of this joint motion to the dismissal of this matter with prejudice contingent upon this Court retaining jurisdiction to enforce the Settlement Agreement.

WHEREFORE, Plaintiff Lior Elkayam, and Defendant, First National Bank of Omaha, jointly and respectfully request that the Court retain jurisdiction to enforce the Settlement Agreement for a period of thirty (30) months and, if granted, the Parties also stipulate to dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Should the Court not agree to continue its jurisdiction to enforce the Settlement Agreement, the Parties withdraw this motion and request additional time to file an alternate dismissal document.

Respectfully submitted this 11th day of November, 2019.

| /s/ Justin Zeig | /s/ Eric S. Haug |
|---|---|
| Justin Zeig, Esq. | Eric S. Haug, Esq. |
| Florida Bar No. 112306 | Florida Bar No. 850713 |
| Zeig Law Firm, LLC | Eric S. Haug Law & Consulting, P.A. |
| 3475 Sheridan Street, Suite 310 | 401 E. Virginia Street |
| Hollywood, Florida 33021 | Tallahassee, Florida 32301 |
| Telephone: (754) 217-3084 | Telephone: (850) 583-1480 |
| zlf@zeiglawfirm.com | eric@erichaug.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 11, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             */s/ Eric S. Haug*         .
             Eric S. Haug, attorney